IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THERESA ALLEN, | No. C 12-01448 RS |
|         Plaintiff,<br>v. | **CASE MANAGEMENT SCHEDULING ORDER** |
| TESTAMERICA LABORATORIES, INC., | |
|         Defendant. _____/ | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a Case Management Conference was held on June 21, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    ALTERNATIVE DISPUTE RESOLUTION.

    SETTLEMENT CONFERENCE. This matter is referred to Magistrate Judge Ryu for the purpose of completing a settlement conference within 90 days of the issuance of this order depending upon the schedule of Magistrate Judge Ryu. The parties shall promptly notify the Court whether the case is resolved at the conference.

    2.    DISCOVERY. On or before November 30, 2012, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3. EXPERT WITNESSES. The disclosure and discovery of expert witness opinions shall proceed as follows:

A. On or before December 7, 2012, the parties shall disclose expert testimony reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

B. On or before December 21, 2012, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

4. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **December 13, 2012 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

5. PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions shall be heard no later than February 21, 2013.

6. PRETRIAL STATEMENTS. At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before May 2, 2013, counsel shall file a Joint Pretrial Statement.

7. PRETRIAL CONFERENCE. The final pretrial conference will be held on **May 16, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

8. TRIAL DATE. Trial shall commence on **May 28, 2013 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Dated: 6/22/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

CASE MANAGEMENT SCHEDULING ORDER