1 | GERALD A. EMANUEL (Cal. State Bar No. 061049)
  | JOEL P. WAELTY (Cal. State Bar No. 226728)
2 | HINKLE, JACHIMOWICZ, POINTER & EMANUEL
  | 2007 West Hedding Street, Suite 100
3 | San Jose, California  95128
  | Telephone:  (408) 246-5500
4 | Facsimile:  (408) 246-1051
  | jemanuel@hinklelaw.com
5 | jwaelty@hinklelaw.com

6 | Attorneys for Plaintiff
  | THERESA ALLEN

8 | ROBERT P. KRISTOFF (Cal. State Bar No. 090874)
  | RISHI N. SHARMA (Cal. State Bar No. 239034)
9 | PETER A. COOPER (Cal. State Bar No. 275300)
  | PAUL HASTINGS LLP
10 | 55 Second Street, 24th Floor
   | San Francisco, California  94105
11 | Telephone:  (415) 856-7000
   | Facsimile:  (415) 856-7100
12 | bobkristoff@paulhastings.com
   | rishisharma@paulhastings.com
13 | petercooper@paulhastings.com

14 | Attorneys for Defendant
   | TESTAMERICA LABORATORIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA ALLEN,<br><br>Plaintiff,<br><br>vs.<br><br>TESTAMERICA LABORATORIES, INC., and DOES 1-50 inclusive,<br><br>Defendants. | No. C 12-01448 RS<br><br>**JOINT STIPULATION TO AMEND DISCOVERY DEADLINES; [PROPOSED] ORDER** |

1 **STIPULATION**

2   Plaintiff Theresa Allen and defendant TestAmerica Laboratories, Inc., by and through their
3 representative counsel of record, hereby stipulate as follows:

4   1.   On June 6, 2012, the Court issued the Case Management Scheduling Order (Docket
5 No. 18), which set the following discovery deadlines:

6   a.   November 30, 2012, for the parties to complete all non-expert discovery;

7   b.   December 7, 2012, for the parties to complete their expert disclosures; and

8   c.   December 21, 2012, for the parties to complete all expert discovery.

9   2.   Presently, the parties have several outstanding discovery disputes relating to non-expert
10 discovery that may result in motion practice; in addition, the parties are attempting to schedule several
11 previously noticed depositions of non-expert witnesses.

12   3.   On November 13, 2012, the parties met and conferred regarding the status of the case and
13 agreed to engage in good faith settlement discussions, including through private mediation in early or
14 mid-December, 2012.  In order to facilitate these settlement discussions and avoid unnecessary motion
15 practice for the Court and the parties, should the case settle, the parties ask the Court to continue the
16 discovery deadlines as set forth in the June 6, 2012, Case Management Scheduling Order.

17   4.   The parties ask the Court to amend the applicable discovery deadlines as follows:

18   a.   January 18, 2013, as the new deadline by which the parties must file any motion
19     to resolve outstanding disputes regarding non-expert discovery, and complete any
20     previously noticed non-expert deposition;

21   b.   January 18, 2013, as the new deadline by which the parties must complete their
22     expert disclosures; and

23   c.   February 8, 2013, as the new deadline by which the parties must complete all
24     expert discovery.

25   5.   Nothing in this stipulation will affect the February 21, 2013, deadline by which the Court
26 must hear all pretrial motions; the May 2, 2013, deadline by which the parties must file their Joint
27 Pretrial Statement; the May 16, 2013, pretrial conference, or the May 28, 2013, commencement date for
28 trial.

6. The parties respectfully request that the Court grant this joint stipulation so that they might attempt to resolve this case without prejudicing further discovery.

Dated: November 14, 2012        GERALD A. EMANUEL
                                JOEL P. WAELTY
                                HINKLE, JACHIMOWICZ, POINTER & EMANUEL


                                By: /s/ Joel P. Waelty
                                        Joel P. Waelty
                                    Attorneys for Plaintiff
                                      THERESA ALLEN


Dated: November 14, 2012        ROBERT P. KRISTOFF
                                RISHI N. SHARMA
                                PETER A. COOPER
                                PAUL HASTINGS LLP


                                By: /s/ Rishi N. Sharma
                                        Rishi N. Sharma
                                    Attorneys for Defendant
                                TESTAMERICA LABORATORIES, INC.

## **ORDER**

On the stipulation of the parties, and good cause appearing therefor,

The Court GRANTS the Joint Stipulation to Amend Discovery Deadlines. The dates set forth in the June 6, 2012, Case Management Scheduling Order (Docket No. 18), are modified as follows:

1. January 18, 2013, is the new deadline by which the parties must file any motion to resolve outstanding disputes regarding non-expert discovery, and complete any previously noticed non-expert deposition;

2. January 18, 2013, is the new deadline by which the parties must complete their expert disclosures; and

3. February 8, 2013, is the new deadline by which the parties must complete all expert discovery.

No other dates set forth in the Case Management Scheduling Order are modified.

IT IS SO ORDERED.

Dated: November 15, 2012

_____
Richard Seeborg
United States District Judge