**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

THERESA ALLEN,                                    No. C 12-01448 RS

            Plaintiffs,                           **STANDBY ORDER OF DISMISSAL**

      v.

TESTAMERICA LABORATORIES, INC.,

            Defendants.
                                          /

       The Court has been informed that the above-entitled action has settled.  Accordingly, the

Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by

**February 4, 2013**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to

appear on **February 7, 2013 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco

Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this

Order may result in dismissal of the case.


       IT IS SO ORDERED.


Dated: 12/13/12

                                          RICHARD SEEBORG
                                          UNITED STATES DISTRICT JUDGE